UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLARENCE E. HOPKINS,          : | |
|     Plaintiff                                  : | |
|                                                      : | |
|     v.                                             : | CIVIL NO. 13-CV-1955 |
|                                                      : | |
| CAROLYN COLVIN,                     : | |
| Commissioner of the Social Security  : | |
| Administration,                            : | |
|     Defendant.                           : | |

*O R D E R*

AND NOW, this 6th day of November, 2014, upon consideration of the report and recommendation of the magistrate judge (Doc. 30), filed July 29, 2014, to which no objections were filed, and upon independent review of the record, it is ORDERED that the magistrate judge's report (Doc. 30) is adopted, and Plaintiff's appeal is DENIED.

                                              /s/ William W. Caldwell
                                              William W. Caldwell
                                              United States District Judge